UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ZURICH AMERICAN INSURANCE
COMPANY, etc.

      Plaintiff,

v.                                           CASE NO. 3:24-cv-753-WWB-SJH

DISCOUNT WASTE, INC., etc., et al.,

      Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court on Plaintiff Zurich American Insurance Company's Reply to Defendant Floaters Portable Sanitation, Inc.'s Affirmative Defenses, Doc. 18, and Reply to Defendant Discount Waste, Inc.'s Affirmative Defenses, Doc. 19 (collectively, "Replies"). Under the Federal Rules of Civil Procedure, "a reply to an answer" is an allowed pleading, but only "if the court orders one." Fed. R. Civ. P. 7(a)(7). In the present case, the Court has not ordered Plaintiff to file a reply. Accordingly, it is **ordered** that the Replies (Docs. 18 & 19) are **stricken**.

**DONE AND ORDERED** at Jacksonville, Florida, on November 22, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record